Andre Birotte, Jr.
United States Attorney
Mark Aveis
Assistant U.S. Attorney
312 N. Spring St., 11th Floor
Los Angeles, CA 90012
(213) 894-4477

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 10-599 |
| v. | |
| ROSA FERNANDEZ, et al., | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
| DEFENDANT. | |

Application is made by ☑ plaintiff ☐ defendant United States of America
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Frederick Mumm _____ by order dated: June 17, 2010

    ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☑ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Defendant misrepresented the existence, and/or availability for pledge, of certain real property, which defendant identified for the Court as 128 N. Olive St., Santa Paula, in connection with seeking this Court's order releasing defendant upon certain conditions.

Relief sought *(be specific)*:

Detention of defendant and/or additional conditions of pretrial release.

Counsel for the defendant and plaintiff United States Government consulted on June 21, 2010
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☑ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 6/21/10, to re-confirm 6/22 hrg @ 10 a.m.   .

    An interpreter is ☐ required ☑ not required. Language _____
    Defendant is ☐ in custody ☑ not in custody.

| | |
|---|---|
| June 22, 2010 | Plaintiff, United States of America, by AUSA M. Aveis |
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)